UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| TERRANCE D. MORTON, SR., | ) | Case No. 2:16-cv-02307-RFB-NJK |
| Plaintiff(s), | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| CVS CORPORATION, | ) | |
| Defendant(s). | ) | |
| | ) | |

On October 4, 2016, the Court screened Plaintiff's complaint as required by 28 U.S.C. § 1915. Docket No. 5. The Court found that Plaintiff failed to establish subject matter jurisdiction. *Id.* at 3-4. In particular, the Court found that Plaintiff failed to allege that the Court has federal question jurisdiction, and also failed to allege a sufficient amount in controversy such that diversity jurisdiction exists. *Id.* at 4. The Court ordered that, to the extent Plaintiff believed he could cure that defect, he must file an amended complaint by November 1, 2016. *Id.* The Court further warned Plaintiff that dismissal of this case could result from failing to file an amended complaint. *Id.* at 5.

Plaintiff did not file an amended complaint as ordered. Instead, he filed a motion to serve Defendant. Docket No. 7. The Court denied that motion as premature, however, "as the Court will not order service through the United States Marshal Service unless and until Plaintiff has properly pled that this Court has subject matter jurisdiction." Docket No. 8.

In light of Plaintiff's status as a *pro se* litigant, the Court then made clear that "this case cannot proceed unless Plaintiff files an amended complaint that resolves the defects identified in the

1  order at Docket No. 5." *Id.*   The Court provided Plaintiff a further opportunity to amend his

2  complaint, extending the deadline to file an amended complaint to November 22, 2016. *Id.*

3      Once again, Plaintiff has not filed an amended complaint.  Instead, he has filed a motion to

4  amend seeking an order effectuating service.  Docket No. 9.  The Court has already ordered that

5  Plaintiff may amend his complaint, as explained above.  Moreover, the Court has already ruled that

6  service is premature until an amended complaint is filed curing the jurisdictional defect identified.

7      It is clear that Plaintiff is not understanding what is required here, so the Court is going to

8  explain it one final time in an attempt to enable him to try to proceed with this case.  The Court

9  previously determined that Plaintiff did not provide sufficient facts to support his allegation that the

10  amount in controversy in this case exceeds $75,000.  Docket No. 5 at 3-4.  In particular, while

11  Plaintiff is demanding $500,000,000 in damages, the complaint lacks sufficient facts showing that

12  Plaintiff's alleged physical removal from a CVS store lends itself to a finding that at least $75,000

13  in damages is in controversy here.  *Id.*  Without a sufficient showing on this end, the Court lacks

14  jurisdiction over this case and it cannot proceed.  As such, if Plaintiff wishes to continue to pursue

15  this case, he must file an amended complaint providing a factual basis showing that there is at least

16  $75,000 in controversy in this case.  Pursuant to its obligations under 28 U.S.C. § 1915(e), the Court

17  will not order that service be effectuated unless and until Plaintiff has sufficiently pled that the Court

18  has subject matter jurisdiction over this case.  The Court will afford Plaintiff **one final opportunity**

19  **to file an amended complaint.**

20      For the above reasons, the Court hereby **ORDERS** that:

21      1.    The motion at Docket No. 9 is **DENIED** as moot and premature.

22      2.    Plaintiff will have until **December 23, 2016**, to file an Amended Complaint, if he

23      believes he can correct the noted deficiencies in Docket No. 5. If Plaintiff chooses

24      to amend the complaint, Plaintiff is informed that the Court cannot refer to a prior

25      pleading (i.e., his original Complaint) in order to make the Amended Complaint

26      complete. This is because, as a general rule, an Amended Complaint supersedes the

27      original Complaint.  Local Rule 15-1(a) requires that an Amended Complaint be

28      complete in itself without reference to any prior pleading.  Once a plaintiff files an

1  Amended Complaint, the original Complaint no longer serves any function in the

2  case. Therefore, in an Amended Complaint, as in an original Complaint, each claim

3  and the involvement of each Defendant must be sufficiently alleged.  **Failure to**

4  **comply with this order will result in the recommended dismissal of this case.**

5  IT IS SO ORDERED.

6  Dated: December 2, 2016

7  _____

8  NANCY J. KOPPE
   United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28