# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TERRANCE D. MORTON, SR.,<br><br>                             Plaintiff,<br><br>    v.<br><br>CVS CORPORATION- CVS HEALTH,<br><br>                             Defendant. | Case No. 2:16-cv-02307-RFB-NJK<br><br>**ORDER** |

      Before the Court for consideration is the Report and Recommendation [ECF No. 11] of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered January 11, 2017.

      A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by January 25, 2017. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

. . .

1 **IT IS THEREFORE ORDERED** that the Report and Recommendation [ECF No. 11] is
2 ACCEPTED and ADOPTED in full.
3 **IT IS FURTHER ORDERED** that this case is **DISMISSED** without prejudice.
4 The Clerk of Court is directed to serve a copy of this Order upon Plaintiff.

DATED: January 11, 2017.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**